UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                       )<br>                    Plaintiff,         )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>VICTOR CARDENAS-ROJAS,              )<br>                                                       )<br>                    Defendant.         )<br>_____)  | Criminal No. 06-CR-0118-L<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE**<br><br>[Doc. No. 24] |

    Defendant Cardenas-Rojas has filed a motion for reconsideration of his sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure and Rule 60 of the Federal Rules of Civil Procedure. Defendant contends that the 54-month sentence of incarceration imposed against him on August 14, 2006 presents an extreme hardship to his family and requests leniency as a rehabilitative tool. Defendant asserts no legal infirmity regarding his sentence.

    None of the factors raised by Defendant's motion present a basis from which the Court could grant the relief requested. Neither Fed.R.Crim.P. 35 nor Fed.R.Civ.P. 60, nor any other authority that the Court is aware of, allow the Court to modify a final judgment on the basis of

/ / /

/ / /

/ / /

1 | leniency.  Accordingly, Defendant's Motion for Reconsideration of Sentence is **DENIED**.
2 | **IT IS SO ORDERED.**
3 |
4 | DATED:  November 1, 2006
5 |
6 | M. James Lorenz
United States District Court Judge